**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50109 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-05735-H-1 |
| v. | |
| JORGE ALEJANDRO WERNICK-CHOZET, | ORDER[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Marilyn L. Huff, District Judge, Presiding

Argued and Submitted May 13, 2014
Pasadena, California

Before: PREGERSON, REINHARDT, and NGUYEN, Circuit Judges.

The joint motion for summary reversal is GRANTED. The mediation

conference scheduled for August 27, 2014, is VACATED. Wernick-Chozet's

conviction is **REVERSED**, his sentence is **VACATED**, and this case is

**REMANDED** to the district court.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

We commend the parties for their prompt and professional response to the court's mediation order. Each side shall bear its own costs on appeal. A copy of this order shall constitute the mandate of this court.